1
 Jeffery Sloan, Petitioner/Cross-Respondent v. The People of the State of Colorado. Respondent/Cross-Petitioner No. 24SC469
Supreme Court of Colorado, En Banc
August 18, 2025

 Court
 of Appeals Case No. 20CA1987

 Petition
 for Writ of Certiorari DENIED.

 Cross-Petition
 for Writ of Certiorari GRANTED.

 Whether
 the court of appeals misapprehended and misapplied the test
 for assessing whether a jury instruction related to an
 undisputed factual issue at trial amounts to plain error.

 DENIED
 AS TO ALL OTHER ISSUES.

 BOATRIGHT, JUSTICE would grant as to the following issue:

 Whether
 the court of appeals erred in holding that a malfunctioning
 Webex broadcast of the defendant's trial did not impair
 the defendant's constitutional right to a public trial
 when limited seats were made available in the courtroom for
 the public, but as many as 200 members of the public attended
 via a Webex stream that failed to broadcast video or audio of
 the proceedings.